UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No.: 4:07-CR-062-SPM

LARRY WILBUR HUDSON,

    Defendant.

_____/

## ACCEPTANCE OF GUILTY PLEA

**PURSUANT TO** the Report and Recommendation (doc. 18) of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, **LARRY WILBUR HUDSON**, to Count One and Count Two of the indictment is hereby ACCEPTED.  All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this eighteenth day of December, 2007.

                                                  *s/ Stephan P. Mickle*
                                                  Stephan P. Mickle
                                                  United States District Judge