UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                      Case No.: 4:07-CR-062-SPM

LARRY WILBUR HUDSON,

    Defendant.

_____/

## GRANTING CONTINUANCE OF SENTENCING

PENDING NOW before the Court is the Defendant's Motion for Continuance of his sentencing hearing (doc. 50).  The Defendant is scheduled to be sentenced on April 21, 2008.  However, Defendant is currently in state custody.  Defendant will not be released from custody in time to be present for his sentencing hearing.  The Government does not oppose the granting of this motion

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Defendant's Motion for Continuance (doc. 50) is **granted**.

2. The Defendant's sentencing hearing will now commence on **Tuesday, May 27, 2008**.

SO ORDERED this twentieth day of April, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge