**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No.: 4:07-CR-062-SPM

LARRY WILBUR HUDSON,

    Defendant.

_____/

## ORDER CONTINUING SENTENCING

PENDING NOW before the Court is the Defendant's Motion to Continue Sentencing (doc. 53). The Defendant is scheduled to be sentenced on June 16, 2008. However, Defendant is currently in state custody. Defendant will not be released from custody in time to be present for his sentencing hearing. The Government does not oppose the granting of this motion

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1.    The Defendant's Motion to Continue Sentencing (doc. 53) is granted.

2.    The Defendant's sentencing hearing is reset for 1:30 p.m. on July 21, 2008 at the United States Courthouse in Tallahassee, Florida.

DONE AND ORDERED this <u>thirteenth</u> day of June, 2008.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge