**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                 Case No.: 4:07-CR-062-SPM

LARRY WILBUR HUDSON,

      Defendant.

_____/

## ORDER CONTINUING SENTENCING

PENDING NOW before the Court is the Defendant's "Motion to Continue Sentencing" (doc. 58).  The Defendant is scheduled to be sentenced on July 21, 2008.  However, Defendant is still in state custody and will not be released in time to be present for his sentencing hearing.  Therefore, he requests this continuance.  The Government does not oppose the granting of this motion.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1.      The Defendant's Motion to Continue Sentencing (doc. 58) is **granted**.

2.      The Defendant's sentencing hearing is reset for 1:30 p.m. on **Monday, August 18, 2008** at the United States Courthouse in Tallahassee, Florida.

DONE AND ORDERED this sixteenth day of July, 2008.

_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge